UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

DAVID A. BOYCE,                )
        Petitioner             )
                               )
                   v.          )   C.A. No. 12-cv-30161-MAP
                               )
COMMONWEALTH OF MASS.,         )
        Respondent             )


               MEMORANDUM AND ORDER REGARDING
            REPORT AND RECOMMENDATION WITH REGARD TO
            RESPONDENT'S MOTION TO DISMISS PETITION
                     (Docket Nos. 13 & 28)

                        July 12, 2013

PONSOR, U.S.D.J.

    Petitioner filed a petition for writ of habeas corpus
on September 18, 2012.  On October 31, 2012, Respondent
filed a Motion to Dismiss (Dkt. No. 13), which was referred
to Magistrate Judge Kenneth P. Neiman for a report and
recommendation.  On March 14, 2013, Magistrate Judge Neiman
issued his Report and Recommendation, to the effect that
Respondent's motion should be allowed.

    Petitioner was afforded extensions to file objections
to the Report and Recommendation and ultimately required to
file any objections by July 8, 2013.  See Dkt. No. 45.

    Petitioner has filed no objection to the Report and
Recommendation.  The court has, upon de novo review,
concluded that the Recommendation is substantively
meritorious.  In light of this, and the fact that Petitioner

failed to file an objection, the court hereby ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated March 14, 2013 (Dkt. No. 28). Respondent's Motion to Dismiss (Dkt. No. 13) is hereby ALLOWED. Judgment of dismissal will enter. The case may now be closed.

    It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge